**FILED**

**MAR 25 2024**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALVARY CHAPEL SAN JOSE, a California Non-Profit Corporation; MIKE MCCLURE, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> COUNTY OF SANTA CLARA; JAMES R. WILLIAMS, <br><br> Defendants-Appellees, <br><br> and <br><br> SARA H. CODY, in her official capacity as Santa Clara County Public Health Officer; MIKE WASSERMAN, in his official capacity as a Santa Clara County Supervisor; CINDY CHAVEZ, in his official capacity as a Santa Clara County Supervisor; DAVE CORTESE, in his official capacity as a Santa Clara County Supervisor; SUSAN ELLENBERG, in her official capacity as a Santa Clara County Supervisor; JOE SIMITIAN, in his official capacity as a Santa Clara County Supervisor, <br><br> Defendants. | No. 23-15445 <br><br> D.C. No. 5:20-cv-03794-BLF <br> Northern District of California, San Jose <br><br> ORDER |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and that oral argument would not significantly aid the decisional process.

Therefore, this matter is ordered submitted on the briefs and record without oral argument on April 12, 2024, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT